# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1584

_____

ROBERT EUGENE BANKS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 9, 2020

PER CURIAM.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 1st DCA 2003); *Loor v. State*, 271 So. 3d 105 (Fla. 3d DCA 2019).

ROBERTS, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Eugene Banks, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.